United States District Court
Southern District of Texas
**ENTERED**
November 10, 2016
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| J.B MOBLIN, § § Plaintiff, § § v. § § STONEGATE SENIOR LIVING, LLC, and § CYPRESSWOOD SNF OPERATIONS, § LLC, D/B/A/ VILLA TOSCANA AT § CYPRESS WOODS § § Defendant. § | C.A. NO. 4:15-CV-2562 JURY DEMANDED |

## AGREED ORDER OF DISMISSAL WITH PREJUDICE

Counsel for Plaintiff J.B. Moblin and counsel for Defendants Stonegate Senior Living, LLC and Cypresswood SNF Operations, LLC d/b/a Villa Toscana at Cypress Woods, advise the Court that they have reached a settlement. The settlement terms include that this action be dismissed with prejudice, and that each party bear the costs of court and attorneys' fees incurred by such party.

IT IS ORDERED that all of Plaintiff's claims and causes of action that were or could have been asserted against Defendants Stonegate Senior Living, LLC and Cypresswood SNF Operations, LLC d/b/a Villa Toscana at Cypress Woods in the above-captioned action be, and are hereby, dismissed with prejudice, and that each party to this action is to bear the costs of court and attorneys' fees incurred by such party.

Signed on November 10, 2016.

_____
United States District Judge

AGREED ORDER OF DISMISSAL WITH PREJUDICE                           Page 1

AGREED AS TO FORM AND SUBSTANCE:


/s/ Kell A. Simon
Attorney for Plaintiff

Kell A. Simon
Texas State Bar No. 24060888
kell@kellsimonlaw.com
**THE LAW OFFICES OF KELL A. SIMON**
902 East Fifth Street, Suite 207
Austin, Texas 78702
(512) 898-9662 (Telephone)
(512) 368-9144 (Facsimile)



/s/ Marcus D. Brown
Attorney for Defendants

Marcus D. Brown
Texas State Bar No. 24050340
mbrown@winstead.com
**WINSTEAD PC**
2728 N. Harwood Street
500 Winstead Building
Dallas, Texas 75201
(214) 745-5178 (Telephone)
(214) 745-5390 (Facsimile)